# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 21, 2025

## NO. 03-23-00525-CV

**New Horizons Ranch and Center, Inc., Appellant**

**v.**

**Brandon Grebe, Appellee**

## APPEAL FROM THE 35TH DISTRICT COURT OF MILLS COUNTY
## BEFORE JUSTICES TRIANA, KELLY, AND CRUMP
## AFFIRMED IN PART; REVERSED AND RENDERED IN PART –
## OPINION BY JUSTICE CRUMP

This is an appeal from the final judgment signed by the trial court on May 31, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portions of the trial court's judgment awarding appellee $4,790 for stolen, damaged, and destroyed property; $200,000 in exemplary damages for appellee's TTLA claim; and $43,000 for appellee's attorney's fees. Therefore, the Court affirms those portions of the trial court's final judgment. The Court further holds that there was reversible error in the portion of the trial court's judgment awarding damages on appellee's IIED claim. Therefore, the Court reverses that portion of the trial court's final judgment and renders judgment that appellee take-nothing on his IIED claim and deleting the $250,000 awarded to appellee for past mental anguish, the $250,000 awarded for future mental anguish, and the $500,000 awarded for exemplary damages

related to the IIED claim.  Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.